U.S. District Court
Wisconsin Eastern

JUN 17 2026

FILED
Clerk of Court

Arturo Cornejo }
}
}
    *Plaintiff* }
}
    Civil Action No. _____
v. }
}
}
BUREAU OF ALCOHOL, TOBACCO, }
FIREARMS, AND EXPLOSIVES, et al.; and }
}
UNITED STATES OF AMERICA }
}
}
    *Defendants* }

## COMPLAINT
## FOR DECLARATORY JUDGEMENT AND INJUNCTIVE RELIEF

### INTRODUCTION

NOW COMES Arturo Cornejo, Plaintiff *pro se*, and hereby shows to the Court that Plaintiff is currently proceeding as a *pro se* litigant and is not a seasoned attorney and therefore may require more effort and time than an attorney would in the preparation of any legal documents. Moreover, it is customary to afford latitude to *pro se* litigants as affirmed by the United States Supreme Court in the case(s) of *Haines v. Kerner*, 404 U.S. 519 (1972), *Fogle v. Pierson*, 435 F.3d 1252 (10th Cir. 2006), *Jones v. Phipps*, 39 F.3d 158 (7th Cir. 1994), *Erickson v. Pardus*, 551 U.S. 89 (2007), and in *Estelle v. Gamble*, 429 U.S. 97 (1976), wherein the Supreme Court reaffirmed that pro se litigants should be given some leeway, <u>especially in cases involving civil rights or constitutional claims</u>.

1. Plaintiff brings forth this action as a facial constitutional challenge to a body of federal statutes and regulations restricting the right of the people to keep and bear arms. The challenged enactments are predicated upon assertions of congressional authority that exceed the powers delegated by the Constitution and which directly conflict with an express constitutional prohibition. The Second Amendment declares that "*the right of the people to keep and bear Arms, shall not be infringed.*" By its plain text, the Amendment operates as a limitation upon governmental power and withdraws from Congress any and all authority to enact legislation infringing the protected right. Because the challenged statutes impose restrictions upon conduct protected by the Second Amendment, they are not laws made in pursuance of the Constitution and therefore cannot claim supremacy under Article VI, Clause 2. And absent a constitutional amendment modifying, repealing, or otherwise limiting the Second Amendment's prohibition, Congress possesses no authority to enact laws that infringe on the right thereby secured. The Constitution delegates specific powers, withholds others, and provides specified methods for altering those allocations. The challenged actions exceed the powers delegated and therefore cannot be sustained. The challenged statutory scheme is therefore unconstitutional on its face, exceeds the lawful authority of the federal government, and is void and unenforceable.

2. Plaintiff has standing allowing for the filing of this action as Plaintiff meets the "injury in fact" burden required to have standing. Although Plaintiff has not been arrested nor is Plaintiff facing prosecution by any federal government agency or any other law enforcement entity for actions involving firearms, Plaintiff herein files this action as a pre-enforcement legal challenge to the laws, rules and regulations that are routinely unjustly and unconstitutionally enforced against the citizenry. Plaintiff herein justifies making this pre-enforcement challenge due to Plaintiff's strong belief that there exists an imminent prospect of injury to Plaintiff as a result of the well documented history of abuse and harsh enforcement actions by agencies such as the ATF, and others, and which in the case of the ATF has at times even risen to the level of causing death to

innocent people who had not been nor were suspected of being engaged in any illegal activity and for which the ATF merely had an interest in questioning them but intentionally chose to conduct their investigation in an unsafe and reckless manner resulting in the death of innocent citizens. Plaintiff herein makes the claim of meeting the "injury in fact" standing requirement to file this court action under the "credible threat doctrine" as determined by the following prior case rulings: *Susan B. Anthony List v. Driehaus*, 573 U.S. 149 (2014), wherein the court allowed standing where there was a **credible threat of enforcement**, even though no prosecution had occurred. Additionally, in the case of *Babbitt v. United Farm Workers*, 442 U.S. 289 (1979) in which the court ruled that a plaintiff doesn't need to **break the law** to challenge its constitutionality and that a **reasonable fear of prosecution** is enough. And also in *Virginia v. American Booksellers Ass'n*, 484 U.S. 383 (1988), wherein the court ruled that business owners had standing to challenge the law even though it hadn't yet been enforced.

3.     Plaintiff seeks a review by this court of the Plaintiff's entire argument to also include the supporting material to be later included in an accompanying memorandum and brief and further requests a determination and ruling by the court on the constitutionality of the National Firearms Act of 1934, the Federal Firearms Act of 1938, the Gun Control Act of 1968, the Firearms Owners' Protection Act of 1986, the Crime Control Act of 1990, the Brady Handgun Violence Prevention Act, and all other such laws still being enforced at the federal level by the ATF as well as by other agencies and departments of the federal government. Additionally, because the individual states do not recognize nor apply the protected right espoused in the Second Amendment uniformly and this creates the situation of having a varied and wide range of conflicting laws that the American people have to deal and cope with as a result of merely crossing a state boundary line, Plaintiff also seeks a federal court ruling wherein the 14th Amendment is declared and confirmed to attach to federal laws and high court rulings which makes clear that a recognized protected right at the federal level carries over with full fidelity into each and every

state of the union, as was confirmed in the New York State Rifle & Pistol Assoc. v. Bruen case, in which Justice Clarence Thomas added that the New York law also violated the 14th amendment, which made Second Amendment rights apply to the states. The defendant's actions in its enforcement of laws, statutes, rules and regulations pertaining to firearms sales, distribution and possession by lawful members of the citizenry is in direct conflict with the very specific prohibition imposed upon the government by the Second Amendment which prohibits the government from any and all infringements on the right of the people to keep and bear arms. Thus this challenge to a body of federal statutes and regulations which have all been enacted to restrict the right of the people to keep and bear arms is a legal one and not a political accusation. This complaint is not just about seeking declaratory and injunctive relief, but is also the means by which Plaintiff is seeking to be heard on a formal redress of grievances for the government's repeated actions in continuing to operate outside the scope of its authority and outside the specific dictates and prohibitions of the Constitution as amended.

4. Plaintiff being aware of and realizing that in many of the court cases involving the issue of the Second Amendment and/or the individual right to keep and bear arms which have been argued in our court system, that the courts have deliberated and have relied upon the matter of historical context in arriving at their decisions and rulings, and because Plaintiff concurs with and agrees as to the importance and relevance of America's founding history as it pertains to this important matter, Plaintiff sees fit to incorporate into this filing some of the relevant historical legal background as well as some of the historical background associated with the founding of this country and with the creation of our governmental system which helps to clarify the true and honest intent of the Founding Fathers of this nation and in their drafting of the Constitution and its first ten amendments. For this reason, and others, including the fact that Plaintiff is a *pro se* litigant and not an experienced seasoned attorney, Plaintiff herein begs this court's indulgence and understanding and asks the court for some latitude in accepting the structure of this court case filing.

## PARTIES

**5.** Plaintiff Arturo Cornejo resides in and is a citizen of Wisconsin.

**6.** Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is a federal agency of the United States, which currently operates under the authority of the US Attorney General. 28 U.S.C. § 599A. BATF is headquartered in Washington, D.C.

**7.** Defendant United States of America is a government entity. It can be sued under the Administrative Procedure Act. *See* 5 U.S.C. § 702 and § 703.

## JURISDICTION AND VENUE

**8.** This court has subject-matter jurisdiction as well as the authority to grant the requested relief under 28 U.S.C. §§ 1331, 2201, 2202, and U.S.C. § 701 *et seq*.

**9.** Venue is proper in this district under 28 U.S.C. § 1391(e) (1) (C) because it is where the Plaintiff resides.

## STATEMENT OF FACTS AND BACKGROUND

**10.** The regulation and enforcement actions pertaining to the firearms industry in the United States, which applies both to the manufacturing and the importation of firearms, as well as to their distribution and sales and which also includes the ownership and possession of firearms by individuals and which also include many related ancillary component parts and accessories, has been for a very long time a contentious and also a time and resource consuming struggle. Plaintiff will state his legal argument further down in this complaint which will demonstrate why the named defendants lack the lawful authority to engage in these kinds of enforcement actions. But additionally, the laws and regulations as written, and as argued over in our courts, have been poorly written, unclear in their meaning and in their conformity to the Constitution as well as also being very confusing to the general public. And the evidence of this lies in the fact that there are, and at all times, have always been a high number of cases with challenges to laws that involve

the individual right to keep and bear arms and which continue to clutter and over burden our court systems. And fueling much of this has been the fact that the BATF has been very difficult to understand with regards to the ways in which it enforces its rules and regulations as well as the laws that apply to firearms. The ATF has regularly failed to be clear on what constitutes a violation and instead has remained intentionally vague. Plaintiff over the course of many months, utilizing the FOIA Act and Privacy Act of 1974, and with his initial request having been sent out on August 21st, 2024, has sought to gain some degree of clarification on what actions are deemed to be violations and what the corresponding ATF enforcement actions would be, and has tried doing this by repeatedly requesting specific records from this agency which would, and should serve, to document what actions constitute violations together with what the corresponding charges for specific offences would be. As the ATF creates rules and regulations that it enforces as laws, these writings constitute records which should be publicly available. However, this agency has refused to comply with Plaintiff's FOIA request and has to date not delivered to Plaintiff a single record produced internally by this agency which would have provided Plaintiff with the information and clarification being sought. The ATF instead prefers to operate on the basis that they will know a violation constituting a crime when they see it and that they will take whatever enforcement action it deems proper at that time. And the ATF's history confirms this lack of transparency and the indecisive nature of how this agency operates as it has for example flip flopped back and forth numerous times over many years on its position on such matters as the stabilizing pistol brace which has for years been widely legally sold and with tens of millions now in the hands of citizens who at times were being told that they were guilty of committing a felony for possessing one. In fact it is oftentimes the case that one configuration of a weapon is perfectly legal, but making a minor change suddenly creates a violation. One can legally lengthen the barrel of what is considered a pistol and use it as rifle, but if one starts with a rifle and installs a shorter barrel, this conversion constitutes a felony violation. One can legally install a vertical grip on a rifle but doing so on a weapon with a shorter barrel constitutes a felony. And one need not even have to

physically take any action constituting a violation in the eyes of the ATF in order for the ATF to consider that a violation has been committed. The ATF enforces what they see and consider to be "thought crimes" by applying the notion of "constructive intent" whereby if you possess the components to make what has been deemed to be an "illegal firearm", you are automatically in the eyes of the ATF deemed to have committed the crime even though you have taken no such action. And with many of today's firearms being modular and having interchangeable components, such as in the case of the AR platform, owning more than one of these weapons can make it so that one can be in possession of the parts or components to create what is considered by the ATF an illegal firearm. Additionally, the legal definition of what constitutes a firearm is often times in dispute because components and parts do not meet the letter of the law to define them as a firearm. Most of the components and parts making up a firearm today are technically and legally only parts and not subject to regulation as they do not meet the legal definition of what the law says is a firearm. A number of pistols today for example have a fire control group module (the trigger assembly) that is the serialized part and which constitutes the regulated item. But all of the other components and parts are not considered firearms nor are they regulated. And if truth be told, the popular AR15 rifle's main component, the lower receiver, which is the only serialized part of this weapon's system, also does not meet the legal definition of what the law recognizes to be a firearm. The total number of other examples are far too numerous to list here but suffice it to say that the laws and regulations that are enforced by the ATF regarding and pertaining to firearms and their common accessories and use are vague, confusing and very often times nonsensical. But also, and most alarming and disturbing, the ATF enforcement actions are often times carried out arbitrarily and capriciously, and at times even with malevolence.

11.     There is no real logic for why short barrel rifles (SBR) are so highly regulated. For all intents and purposes, there is really no difference between an unregistered SBR and a rifle/pistol with a short barrel and a pistol brace installed except that the former makes you a felon

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 7 of 44     Document 1

and the latter is perfectly legal (at least for now). And the same holds true for a machine gun and a rifle with a binary or forced reset trigger installed as their rate of fire can be viewed as being somewhat similar. However, a lot of people are wasting away in prison for the charge of being in possession of a machine gun, or for just having what the ATF arbitrarily calls a machine gun which in the past has been anything from a plastic bump stock to a credit card size aluminum card with a drawing on it. And we have seen that this agency very often aggressively pounces not only on individual citizens, but also on licensed FFL gun dealers who are conducting their businesses lawfully and are following all the rules. The harsh actions of the ATF have resulted in many dealers being shut down and being put out of business, but not for any action that the dealer committed, but rather because of a mistake made by the FBI in wrongly giving their approval for a firearm transfer after processing a NICS background check. Later, upon the error surfacing, the ATF penalizes the dealer in the harshest way possible by stripping him of his license and taking away his livelihood. The system is very much flawed and bordering on tyranny when we have a government that treats us as criminals first and before any investigation. Imagine being arrested, jailed, and forced to wear an ankle monitor, but not because you committed a crime, but because the federal government's background check system got your record wrong. That's exactly what happened recently to Florida gun owner William Brewer, when the background check system made a mistake and identified him as a felon trying to purchase a firearm. Brewer spent 14 days behind bars and another two weeks on an ankle monitor after the National Instant Criminal Background Check System (NICS) allegedly misidentified him as a convicted felon during a firearm purchase. However, Brewer had legally purchased firearms for years and also held a concealed carry permit without issue. That changed after moving to Florida and attempted to purchase another firearm. Brewer was arrested and despite repeatedly telling deputies that he was not a felon and legally possessed firearms, Brewer spent two weeks in jail before authorities determined the denial was based on incorrect information. But even after questions emerged about the accuracy of the denial, prosecutors still sought the condition of having him wear an ankle

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 8 of 44     Document 1

monitor before eventually dropping the case altogether. According to economist and gun rights advocate Dr. John Lott, the system is greatly flawed. Lott has long criticized NICS denial statistics and the FBI's claims regarding system accuracy. According to figures compiled by research, NICS generated more than 116,000 denials in 2023. Yet only a handful ultimately resulted in criminal convictions. So, how many other cases like Brewer's have taken place? And what will be the affect when later this entire process gets automated with the use of artificial intelligence and when the AI system makes a mistake and there are no humans to confront in order to try to rectify the mistake? Under our American system of justice, as we are told, freedom is valued such that we have always taken the position that it is better to let a guilty man go free every now and then rather than to imprison an innocent man, and thus the adage of "innocent until proven guilty". It is also important to note here that the ATF is merely an agency of the government and does NOT have the authority to make laws. Yet the ATF enforces its internally made rules as law and it also interprets the law as it sees fit (often at odds with its intent) and then also deals out extremely harsh punishments for what it sees as violations, and with the results potentially ending in felony convictions and long prison terms for the accused... and sometimes even worse.

12.     To further make the point, and to demonstrate how this out of control agency has been operating and has been abusing its authority, Plaintiff herein summaries the following three cases. The first is the case of United States v. Hoover, Case No. 3:21-cr-00022-MMH-MCR). The ATF prosecuted and sent to prison for five years, a young man who in the promotion of his gun store (as a licensed FFL) made available for sale a novelty item called an Auto Keycard, a credit card sized aluminum card with a design imprinted on it resembling that of a "lightning link". A real lightning link can be used to convert an AR15 to full automatic fire. However, this was a sales promotional novelty item that was nonfunctional and could not be used to convert any weapon into a machinegun. After the arrest, several attempts were made by ATF agents to cut out the design and bend it into a "lighting link". However, all attempts at trying to make a machine gun from one

of these Auto Keycards failed as the design was not drawn or made to spec because it was never intended for this purpose but rather, these were made to be used as a promotional novelty item. But that did not matter to the ATF, the man was still prosecuted and incarcerated.

13.     Another case is that of the Navy Sailor named Patrick Tate Adamiak who had served the US Navy with honor and pride and later had been selling legal firearms part kits part-time. A confidential informant (CI) working for the ATF contacted Adamiak for help in brokering a deal for a demilled machine gun parts kit being sold on the online site, Gun Broker (a case of entrapment?). Mr. Adamiak believed the kit was demilled correctly since it was on the Gun Broker site. So, he purchased the kit and resold it to the CI. However, the ATF determined the kit wasn't properly demilled since it was cut with a bandsaw, rather than a torch. They raided Adamiak's home and arrested him. During the search, they found power tools the sailor said were being, and had been, used to remodel his home. But the ATF took a different view, arguing (without any evidence) that the tools were being used for making guns. The ATF also found a demilled RPG that Adamiak purchased at a flea market in California. The RPG did not have a fire control group (trigger assembly) and had a large circular hole cut in its side, and thus was NOT in any way operational. However, the ATF welded the hole shut and also installed a fire control unit. With the RPG rebuilt and re-welded, the ATF was able to get it to work, and then thus proceeded to charge Adamiak with multiple felony violations under the National Firearms Act of 1934.

14.     The third example is the case of Bryan Malinowski, the 53-year-old executive director of the Clinton National Airport in Little Rock, Arkansas whose death was directly caused by the intentional acts of the ATF agents and their callous disregard for human life. On March 19th, 2024 the ATF executed a no knock search warrant (not an arrest warrant, but a search warrant) which they intentionally chose to execute with a SWAT team in the dark hours of the early morning which resulted in the death of Bryan Malinowski. Malinowski was a law abiding citizen without any

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 10 of 44     Document 1

criminal record who had taken up the hobby of gun collecting. As part of his hobby of collecting, buying, and selling various items, Malinowski occasionally as a weekend hobby set up a table at local gun shows where he mainly displayed guns and coins. In Arkansas a private seller may legally sell a firearm without holding a federal firearm license (FFL) and without filling out forms or conducting background checks. A private seller may do so until such time as they cross a subjectively defined barrier becoming "a person engaged in the business of selling firearms." However, the ATF enforces a different set of laws that they create and had questions regarding Malinowski's gun collecting and the occasional private sale of his personal property. The ATF surveilled Bryan Malinowski for multiple days. They followed him in cars. They watched him at gun shows and even purchased firearms from him. They placed a tracking device on his vehicle, and then obtained a warrant to search his car and phone. But Malinowski was not a criminal, he had no record and was also not in any way known to be a dangerous person. The ATF knew where he worked and lived and they could have approached him to question him at any time in a safe manner. However, the ATF chose instead to execute that no knock search warrant at 6:00 am on March 19, 2014, 45 minutes before first light and over one hour before sunrise. How is any man at home with his family expected to react when unannounced people suddenly break in to his home? Malinowski was probably not even guilty of having committed any crime, but the ATF made Malinowski pay the ultimate price because they did not like what he was doing. The ATF's tactics on March 19th, 2024 were at the very least reckless and incompetent, and at worst, an act of premeditated murder. This should have never been allowed to happen. The ATF intentionally created the conditions for Malinowski to be shot and killed. The manner in which that search warrant was executed was completely unnecessary, and Malinowski's death clearly preventable. To Plaintiff's knowledge, no ATF agents involved were ever charged or reprimanded in any way for the killing of Malinowski. Also, the ATF's involvement at both the Waco siege and Ruby Ridge have not been forgotten. The ATF is lawless and dangerous to the extreme and it has demonstrated repeatedly to have an absolute vacuum of morality as well as a clear anti-Second

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 11 of 44    Document 1

Amendment bias. Recently, on Jan. 7, 2025, Rep. Eric Burlison (R-MO) introduced a bill, H.R. 221, the "Abolish the ATF Act", a succinct, one-page bill that aims to abolish the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE). And while abolishing the ATF would be a positive step, the immediate action which needs to take place is for government agents to be stripped of their power and authority to enforce unconstitutional laws which are clearly in direct violation of the provisions and the directives of the Constitution as well as the very clearly stated strict prohibition placed on the government by the Second Amendment. Fidelity to the express directives and commandments of our Constitution require that all anti-gun legislation must be deemed null and void and removed as it all clearly violates the Constitution's Second Amendment. Further down in this complaint Plaintiff will provide the legal arguments and elaborate more on the reasons for why this agency may have no lawful authority to exist to carry out firearms regulation, but certainly and at a minimum, the ATF should at the very least be stripped of all its enforcement authority related to the enforcement of firearms laws, statutes, rules and regulations. As the present basis for the ATF's claim of authority in matters related to the enforcement of firearms laws arises as a result of the existence of such laws as the National Firearms Act of 1934, the Gun Control Act of 1968 and other such legislation passed by Congress which this complaint filing intends to prove are all unconstitutional, the ATF's authority in these matters related to the enforcement of anti-gun laws becomes null and void.

## THE LAW AND ISSUES OF CONSTITUTIONALITY

15. A basic issue which needs to be addressed and also corrected is one that is very often heard spoken by many, and it is this false notion that people have 'constitutional Rights'. Legislators and even attorneys defending their clients always seem to refer to Rights in this manner. Attorneys are often heard making the claim that their client's constitutional Rights were violated. However, it is important to understand that nether the US Constitution nor the Bill of Rights actually grants anyone any Rights as these would then be considered privileges coming from the

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 12 of 44    Document 1

government and which would then subject them to regulation by the government and would also make it possible for the government to suspend and to even revoke these "Rights". Words have specific meanings and the substitution and/or omission of words can alter their meaning. Our founding documents recognize and make it clear that our Rights are inherent and that we are all born with certain inalienable "God given Rights". Therefore what we as Americans have are constitutionally protected Rights which are recognized as being God given, and thus these Rights do not require any permission from government in order to be exercised. In fact, it is one of the principal duties of the government to protect these Rights. The Constitution's expressed purpose was first, to form the structure of our government by assigning specific duties and functions to those positions created by the Constitution. Then it assigns specified grants or delegation of authority. The Constitution goes on to establish some well-defined limits of power and authority being given to the newly created federal government, and this is found at Article I, Section 8 wherein the Constitution provides for 18 enumerated powers and grants of authority. This was an explicit directive to the federal government to, "stay in your lane" and to not venture outside of these parameters. However, the Framers still felt the need to try to ensure that the government would not try to seek greater power and authority than that which was granted by the Constitution which could then result in a move towards tyranny. And because a tyrannical government is what the Framers feared most, they wanted to define very clearly that one of the principal roles of the government was to protect individual Rights. And this was accomplished via the creation of those first ten amendments to the Constitution which we recognize as the Bill of Rights. In fact, The Preamble to the Bill of Rights makes this very clear by what the Framers wrote in saying that they, "*expressed a desire, that in order to prevent misconstruction or abuse of its powers that **further declaratory and restrictive clauses should be added**...*" These words in the Preamble to the Bill of Rights leaves no doubt as to what was their reason for the creation of those first ten amendments to the Constitution. They clearly believed that the Constitution was incomplete without these first ten amendments. Their desire and intent was for there to be a small and limited federal government

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 13 of 44     Document 1

with the determining power residing locally with the states and with the people... Hence, the reason for why they finished The Bill of Rights by closing it out with the inclusion of the Tenth Amendment which very simply states, "*The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people*". However, as we have seen, this current present day US Government has been continuously, and for a long time, seeking ever more and greater power. And it has over the years and decades ventured so far off course that it would be fair to say that, if alive today, the Framers would not recognize today's America as the nation that they created because so much of what the government is involved in today is in fact outside the scope of its authority under the Constitution as amended.

16. **The Supremacy Clause.** The Rule of Law in this country includes the notion that there is a hierarchy of law which includes accepting that the Constitution is at the very top as the Supreme Law of the Land. However, the government has intentionally overlooked and ignored what the Constitution says in order to get around the prohibition stated in the Second Amendment. The government claims to have the authority to create anti-gun laws and regulations which restrict the people's access to firearms by having created an illusion of authority. Historically the government has basically used and has relied upon the Supremacy Clause and the Commerce Clause contained in the Constitution to assert and justify having the authority to be able to regulate firearms. However, the Supremacy Clause which is found within the Constitution at Article VI, Section 2, has consistently been intentionally misinterpreted to alter or redefine its meaning. Article VI, Section 2 of the Constitution states that: "*This Constitution, and the Laws of the United States <u>which shall be made in Pursuance thereof</u>; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*" Clearly the phrase, "<u>*which shall be made in pursuance thereof*</u>" makes that entire statement conditional. In other words, in order for the laws of the United States to be

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 14 of 44    Document 1

included under that umbrella of being considered as part of the "Supreme Law of the Land", those new laws made by Congress MUST BE MADE IN PURSUANCE THEREOF with respect to the Constitution. It is only those laws which are made in pursuance thereof, and which can be seen to be in harmony with the Constitution, that can share that distinction of being considered part of the Supreme Law of the Land. This is a test that every new piece of legislation should be subjected to and must pass before being enacted into law, and also even before being submitted for a vote. But many of the laws which have been passed and enacted are, and continue to be, from the onset, repugnant to the United States Constitution. Yet these unconstitutional laws are enacted and put into effect against the citizenry until a constitutional challenge is made. However, the burden as measured in time and expense to correct such a mistake always falls onto the citizenry, while the government with its unlimited resources and budget enjoys all upside potential and no down side risk in these matters which have as their goal, the continual eroding of the constitutionally protected rights of the American people. And the thing that is most insulting to Americans is the fact that these actions of eroding our constitutionally protected rights are being committed by elected officials who swore an oath to uphold and defend the Constitution. To knowingly draft legislation that is unconstitutional, let alone to vote on passing it into law, is an act of betrayal against the American people. Such an action is a direct assault on the Constitution as well as a direct violation of their oath of office, and could also be viewed as bordering on treason. In the private sector, how long would you be allowed to keep your job if you regularly violated your company's written policies and/or terms of employment? Yet how many times do we not see this happen with legislators constantly "throwing new legislation at the wall to see if it will stick". And how many challenges to unconstitutionality clutter our courts every year? And as an additional point to make here is the fact that much of the proposed legislation submitted in Congress is NOT even written by our elected representatives, but instead is authored by the lobbyists who are pushing their specific agenda and using a compromised and controlled legislator to introduce it. The betrayal by our elected officials today is beyond belief. All but a handful in Congress today are controlled by the powerful lobbyists.

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 15 of 44    Document 1

17.	The United States Supreme Court has for a long time upheld this notion of the American people always having the protections and guarantees of our constitutionally protected Rights with a number of US Supreme Court rulings which include the following:

*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."* - **Marbury v. Madison, 5 US 137.**

Additionally, *"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."* **Norton v. Shelby County, 118 U.S. 425.**

*"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* **Miranda vs. Arizona, 384 US 436 p. 491.**

Constitutional Right – *"A right guaranteed to the citizens by the Constitution and so guaranteed as to prevent legislative interference therewith".* - **Delaney v. Plunkett, 146 Ga. 547, 91 S. E. 561, 567, L. R. A. 1917D, 926, Ann. Cas. 1917E, 685. – Black's Law Dictionary, 3rd Edition.**

*"The Constitution is a legal binding contract between the government and its employer (the American people). The U.S. Supreme Court was right when it said, "The Constitution is a written instrument and as such its meaning does not alter, that which it meant when it was adopted, it means now!"* **U.S. vs. South Carolina (1905)**

*"The U.S. Supreme Court broadly and unequivocally held that licensing or registration of any Constitutional Right is itself unconstitutional."* -- **Follett vs. McCormick, S.C., 321 U.S. 573 (1944)**

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 16 of 44     Document 1

**18.    The Commerce Clause.** The government in its regulation of firearms also uses and/or relies upon the Commerce Clause found in Article I, Section 8 (3) as the justification for having the authority to regulate firearms. Section 8 of Article I of the Constitution spells out and lists the specified very limited "enumerated powers" being granted to the federal government. Then specifically, Section 8 (3) authorizes the regulation of commerce. However, the clear intent of Article I, Section 8 was to only grant specified limited powers as a way to limit the federal government's authority. And the word "commerce" was, and still is today, considered to mean the commercial and social intercourse between citizens of different states or nations. The federal government was being granted the very limited power to regulate that traffic of goods between the different states and other nations so as to provide a level playing field between the states whereby no state could impose duties and taxes on another state. Of particular importance here is the prevention of protectionist state policies that would favor state citizens or businesses at the expense of non-citizens conducting business within that state. And this is in fact specifically spelled out further down in Article I, Section 9, Clause 6 wherein it says: "*No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one state, be obligated to enter, clear, or pay Duties in another.*" Helping to facilitate commerce between the States and other nations in a way that was both fair and equitable was very clearly the true intent for the granting of this very limited authority to the federal government. But it was never intended to give the federal government the authority to be able to arbitrarily ban or unfairly regulate the manufacture or sale of goods that were, and always had been, legal to own (such as firearms). This granting of power under the Commerce Clause was in fact intended to be limited, for if not, then the federal government would surely have full power and authority over the whole economy, the whole system of exchange and all interrelated gainful economic activity throughout the entire country... And this clearly would not have been what the Founding Fathers would have ever approved of as they were clearly of the mindset of creating a small central government with very limited powers so as to maintain the real power within the collection of the

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 17 of 44    Document 1

States united. The states were to maintain their independent sovereignty and the creation of the federal government was to be limited as per the enumerated powers and delegated authority in Article I, Section 8. But also, bear in mind the wording of Article I, Section 8 (3) which says: "*To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;*" This clearly means the commerce between the several States and NOT commerce being conducted solely within any given State. Therefore, the Commerce Clause only involved the granting of a very limited authority to the federal government to regulate the "interstate" traffic of goods, but did NOT include nor impact in any way the **"intrastate"** movement of goods. And so if a company manufactures goods and then limits its sales to only residents within the same state of manufacture, then the federal government has absolutely no authority to regulate any such activity... Or at least that is the way it was supposed to be until we allowed politicians and attorneys to misinterpret, bastardize and to distort the meaning of the words and phrases left to us by the Framers of our Constitution (as was done with the Citizens United case in granting full personhood to corporations). The government today via the ATF unlawfully imposes strict regulations on firearms manufacturers who only distribute and sell their products within their state and who do not engage in commerce outside the borders of their state. This has been especially true in cases where a company manufacturers firearm suppressors and then only sells them to residents within the border of their state of manufacture. This agency of the government, the ATF, is known to have a political agenda and also seems to have a special dislike, and even an extreme hatred for firearm suppressors, which besides their use being considered a courteous and respectful act towards neighbors in the area, suppressors are also in fact safety devices which protect a firearm user from incurring injury to his/her hearing. But more to the point which should be abundantly clear to everyone is the fact that the ATF, as well as all other federal government agencies, have NEVER had the lawful authority to enact or to enforce any type of laws, rules or regulations in such instances and cases where there is no interstate trafficking of goods as the intrastate trafficking of goods is outside the authority and purview of the federal government.

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 18 of 44    Document 1

## THE CONSTITUTION AS A COVENANT

19.     The religious idea of covenant was particularly and profoundly important in the evolution and inspiration of the American Constitution. With this mindset in a sense, the Constitution of the American republic was formed long before the Constitution of the United States was drafted in the summer of 1787. These early pilgrims and immigrants were obsessed with the covenant, relying on this handy instrument to explain almost every relation of man to man, and man to God. But the concept of covenant was particularly dominant and central in three respects; in religious doctrine theology in the church, in government, and in civil or political organization. With their covenant theology background, Americans in 1787 viewed a constitution as "a fundamental law designed by the people to be separate from and controlling of all the institutions of government". And a basic principle of covenantalism was the idea of fixed immutable supreme law. In accordance with covenant theory then, a civil constitution needed to be the supreme inviolable law of society. The U.S. Government as created by the Constitution stands out as one of the world's most unique forms of government. Quite simply, the Constitution creates a "Federal Republic", and distributes authority and power among the three branches while recognizing the sphere sovereignty of the States. The reason the Framers decided to divide power between the States and National Government and diffuse it among three branches at both levels was to ensure that absolute sovereignty "is nowhere lodged in civil government." The Framers recognized that only God is sovereign, and therefore civil government could not be; God is the final authority, not man, either individually or corporately. Herbert Titus stated that "*a unity of civil powers in one body tends to corrupt it toward tyranny.*" There are three principle tenets of federalism directly embodied in the Constitution; dual sovereignty, separation of powers, and checks and balances. And in the Preamble to the Constitution we see that the great aims set forth were for a "more perfect Union... Justice... domestic Tranquility... common defence... general Welfare... Blessings of Liberty" – All of these were aims that the States acting alone could not satisfy. The Constitution was crafted to create a National Government strong enough to accomplish these aims set forth in the Preamble,

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 19 of 44     Document 1

but while still being limited enough to protect individual freedom and liberty. So yes, the protection of individual freedom and liberty is also why the Framers created a constitutional republic and not a democracy whereby a small group could gain control of a small majority to control elections, and then gain sufficient power such that the small group could then dictate to the entire population.

20. The Constitution is therefore recognized as a contract and the parties to this contract are (1) the government (as the drafter of the instrument/document), and (2) We the People. And this notion was reinforced by the U.S. Supreme Court in Martin v. Hunter's Lessee, 14 U.S. (1 Wheat.) 304 (1816), in which the Court stated: "*The Constitution of the United States was ordained and established not by the States in their sovereign capacities, but emphatically, as the preamble of the Constitution declares, by 'the people of the United States.*" This was also reaffirmed in McCulloch v. Maryland, 17 U.S. (4 Wheat.) 316 (1819), in which the Court emphasized that the Constitution was established directly by the people, not by the states when it said: "*The government proceeds directly from the people; is 'ordained and established' in the name of the people.*"

21. In all past cases involving the peoples' Right to keep and bear arms, the government has always engaged in and argued over their own interpretation and reinterpretation, as well as the meaning of the words contained in the Second Amendment. However, in dealing with any ambiguity in contracts, the legal principle known as "contra proferentem" is what is always customarily applied. This principle states that any ambiguity in a contract should be interpreted against the interests of the party who provided the wording. This of course means that any ambiguity is interpreted in favor of the party that did not write the contract. In other words, the court's rulings in these Second Amendment cases should always favor the people. However, this certainly has not been the case in our US courts. There have been so many arguments over what the Second Amendment was intended to do, as well as over the meanings of the individual words, and with such ridiculous arguments being made as to what constitutes a "protected firearm" under

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 20 of 44    Document 1

the Second Amendment when in reality, this amendment does NOT protect any class of firearm or weapon. <u>The very clearly stated purpose of the Second Amendment was to provide a clearly stated prohibition on the actions of government</u>. The Second Amendment could not in fact be stated any more clearly in what it says in those 27 words. "*A well-regulated Militia being necessary to the security of a free state, the Right of the people to keep and bear arms Shall Not be infringed*". This amendment is somewhat unique in that it states the very reason for its creation in those first 13 words, then in the last 14 words it states the actual Right being espoused and does so as a direct prohibition on government action. This amendment's very clearly stated purpose is to secure freedom and liberty for the American people and recognizes that this can only be the case if the people do NOT allow the government to have a monopoly of force. The people themselves are the Militia and they should always have the means by which to ensure that they are well-regulated (meaning trained in the use of their weapons and in working together as a group force) as the people are the only ones that can truly defend against an enemy challenging their Right to life, liberty and freedom. In the 1939 case of United States v. Miller this ruling determined, after referencing the autobiography of Benjamin Franklin, that the term "Well Regulated" in the Second Amendment meant "Well Manned and Equipped " in the year 1791. Also determined in this same case was the fact that the term "Arms" refers to "Ordinary Military Weapons" (not crew operated). American Citizens have the right to Keep and Bear Arms, which <u>means Own and Carry, any weapons that a soldier carries into battle</u>. That includes past, present and future weapons and also means a Militia consists of armed volunteers willing to <u>fight with their own personal arms</u> and not under government control. And the importance of this is easily understood when we remember that in WW II the Japanese after their successful attack on Pearl Harbor decided against the idea of invading America simply because they feared that "*there would be a gun behind every blade of grass*". This underscores the importance of the people always having access to personal firearms, ammunition and any other ancillary tools or equipment needed, as well as access to shooting ranges, in order to be able to train and to become proficient in the use of their firearms. The last 14

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 21 of 44    Document 1

words making up the second phrase of the Second Amendment is the actual Right being espoused in this amendment and it is put forth as a very explicit and direct prohibition that is being placed on the government. The Framers intentionally used a "command directive" in how they stated that, "*the Right of the people to keep and bear arms Shall Not be infringed*". The use of the word "SHALL" or in the negative, "SHALL NOT" implies mandatory and compulsory behavior and thereby removes and eliminates all discretion and also makes clear that it is not subject to any reinterpretation of its very clear meaning. Courts every day in the US make rulings in contract dispute cases regarding the requirements of the parties to perform under the terms of their contract. And when the contract calls for a certain performance or action wherein the word used is, "shall" or shall not", it becomes very clear which party MUST be made to perform and adhere to the command in order to satisfy the dictates of the contract. When Moses met with God on Mount Sinai, Moses was given the tablet with the Ten Commandments. And these are referred to as commandments because of the extensive use of the word "shall", or in the negative, shall not", which convey and asserts the commands being given by God. The truth of the matter is that if the government were to strictly adhere to the explicit directives and prohibitions of the Constitution, any and all anti-gun laws or regulations seeking to prohibit or license firearms or to impose in any way a fee for the exercise of this Right within the United States of America would and could not exist as all of these would be seen and be recognized as being a direct infringement on this constitutionally protected Right and as a clear violation of the Second Amendment. The government recognizes that it cannot tax or require licensing on the right to vote nor can it tax or require a license in order to exercise the right to free speech, so how then can the government justify taxing and requiring licensing for the constitutionally protected right to keep and bear arms? Furthermore, the Second Amendment is very clearly and purposefully stated... and thus there clearly are NO requirements for guns to have a so-called "sporting purpose". In fact, 'arms' are any weapon that can be used to wage war by individual Americans to defend the country and the Constitution from outside enemies and/or from enemies within our country. Furthermore, if the Founding Fathers would have ever in any way

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 22 of 44    Document 1

entertained the wild and crazy notion of including such a requirement as for there to be a so-called "sporting purpose" attached to "the Right of the people to keep and bear arms", Plaintiff has no doubt that with the mindset that they had, the only sporting purpose the Framers of the Constitution would have ever considered entertaining would have been the shooting of tyrants!

22.     Plaintiff holds the belief that there are two main mistakes that the patriot gun community has continuously made. The first is to accept or believe that it is the Constitution and/or the Second Amendment which grants the people the Right to keep and bear arms, as they are often heard mentioning and referring to "exercising their Second Amendment Right", rather than the truth, which is that the Constitution prohibits government's infringement of this recognized God given Right. The second mistake is in making the association and/or in any way validating the incorrect notion that the purpose and reason for the Second Amendment is for the purpose of personal self-defense and/or for hunting and sport shooting. And then also, in accepting the false notion that only certain less dangerous firearms and weapons are "protected" by the Second Amendment. At the time of the Constitution's writing, hunting and personal self-defense from both two and four legged attackers was a given and required no written law or permission from any government authority. The idea that the Second Amendment is about the people's right to hunt or sport & target shoot and/or for personal self-defense from two and four legged attackers is as ridiculous a notion as to expect that a law is needed in order to give the people the government's permission to breathe the air or to drink the water from a river or stream. The Second Amendment states very clearly the reason for its existence as "being necessary to the security of a free state" and thus the meaning and the true intent of this amendment was in the Framers recognizing that the people needed to always have unfettered access to arms in order to form their people's Militia. And because this protected right was about defending against tyranny and having the ability and the means by which to wage war, there is no limitation as to what constitutes "arms". Make no mistake about it, the Second Amendment is NOT about any technology, and it actually isn't even

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 23 of 44     Document 1

really about guns. It is about a principle. It is about the principle that the people should always have the Right, and also the ability, together with the means, by which to defend against tyranny if and when that should ever become necessary in order to preserve their freedom, and which also includes having the ability to defeat and to overthrow a tyrannical government, even if it should turn out to be their own government. And this principle is as valid today as it was back in 1791... And possibly even more so today in the year 2026 because of everything that we have been seeing happening all around us, and which I will expand on later. But as solid proof of this notion, consider that in just the last century, in 1946 just shortly after the end of World War II, we saw the true purpose for the Second Amendment being employed and dramatically demonstrated and carried out in Athens, Tennessee in what is recorded in history as, The Battle of Athens.

23.     **The Battle of Athens:** At the end of World War II, returning US veterans came home to find that their small town had been taken over by a corrupt and tyrannical cabal who had implanted themselves in all the key positions of the local government which included the Mayor's office and the local Sheriff's office. The towns' people were being abused and extorted by the corrupt political system. Attempts were made to correct these problems via the legal channels, but of course, the cabal also controlled the courts. Now with the returning veterans back home, another means was put into action. They ran for office against the establishment power, and they were sure that they had secured enough votes to change the balance of power. However, as is usually the case, the cabal did not give up and they resorted to hijacking the ballot boxes saying that they would conduct the vote count in another location. An emergency meeting of the towns' people was held and it was very clear what was going to happen if this remote secret vote count was allowed to take place. Then one of the veterans stood up raising his right arm high and holding a set of keys and yelled out; "*I've got the keys to the armory*!" And with that, the people, led by the veterans, rushed to arm themselves with every piece of military grade weapon available to them from the armory which included fully automatic weapons and explosives. The cabal was confronted and was

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 24 of 44     Document 1

asked to surrender the ballot boxes but they refused. A fire fight ensued and the rest is history. The towns' people, because they had the means to defend their freedom, prevailed and forced the cabal into surrendering. The governor of the state called in the National Guard, but the fight was over by then and the governor, learning of what had happened, sided with the town's people and the only charges brought were against the cabal. This right here is a prime example of, and the true reason for, why Americans were provided with the protections of the Second Amendment. And even in the more recent case of New York State Rifle & Pistol Association, Inc. v. Bruen, the U.S. Supreme Court addressed this very important issue regarding gun rights and the interpretation of the Second Amendment. That ruling emphasized that, in cases involving the Second Amendment, <u>courts must examine the historical context of the right to bear arms by looking back to how the law was understood and applied at the time of the founding of the United States</u>. And there can be no doubt that if this is done, that it becomes very obvious and undeniably clear that the Second Amendment was NEVER about hunting or sport shooting, nor was it even about personal self or home defense, but instead was always about the people having the right and the means to defend against tyranny!

24.     **The Constitution is a contract.** An important attribute of the Constitution is that this document is recognized as being a contract. And as such, the Constitution is subject to the same rules of contract law as all other contracts and agreements and this includes the notion that once the document is amended, the new terms, provisions, conditions and the directives of the amendment <u>override and supersede</u> all that came before it. Thus, if there are any areas of conflict or disputes between what is in the original document and what is in the amendment, <u>it is always the terms, provisions and the directives of the amendment that shall and must prevail</u>. In any and all contract dispute cases, this is how the courts have always ruled and continue to rule to this very day. Under our system of law, the terms, conditions, provisions and the directives of an amendment always trump what is in the original document. Therefore, even if the government's claim of authority by its referencing and use of the Supremacy Clause and the Commerce Clause

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 25 of 44     Document 1

of the Constitution were accepted as being valid to give the government the authority to regulate firearms (which Plaintiff has already shown NOT to be the case), the mere fact that there is an amendment that very explicitly bars the government from taking any kind of action to infringe on this protected right, this amendment alone should be more than enough to squash and invalidate any attempt at infringing on the Right of the people to keep and bear arms. Because it should be clear to everyone that absent any new amendment which specifically addresses and alters the provisions of the Second Amendment, the Second Amendment stands as originally written and remains as "The Supreme Law of the Land" and above the laws passed by Congress.

25.     A specific example in US history which goes towards proving this notion just expressed above, is the case of Prohibition. The 66th US Congress enacted H.R. 6810, the Volstead Act, which went into effect on January 17, 1920. The purpose of this legislation was to provide the mechanism for the enforcement of Prohibition. However, this act of the Congress would have never been possible had it not been that BEFORE doing so, enough support had been gathered to push forth this idea of banning alcoholic beverages and which then resulted in the passing and the ratification of the 18th Amendment to the Constitution on January 16th, 1919 and which made the manufacture, sale and distribution of alcoholic beverages illegal after it was to take effect one year later on January 17th, 1920 and thereby ushering in the era of Prohibition. But then as history shows us, it did not take long for the government to realize that this had been a huge mistake as more alcohol was being consumed after Prohibition than ever before, and the sale of this illegal liquor was also fueling the growth of organized crime. The gangster mobs that dealt in bootlegging alcoholic beverages were making millions and tens of millions of dollars and not paying a cent in taxes. And the government was failing miserably at trying to put a stop to the sale and the consumption of illegal liquor as it was the Roaring Twenties and everyone was all in for having a grand ole time. The only losers were the government who now with record sales of alcoholic beverages was not collecting a dime in tax revenue on this illicit liquor. So what could

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 26 of 44     Document 1

the government do to reverse and correct this problem? Simple right? Just pass another act of the Congress to repeal the Volstead Act. Or how about a presidential executive order to put an end to Prohibition? Unfortunately, neither of those would do, and why? Because the 18th Amendment had made Prohibition "The Supreme Law of the Land", and thus only with another amendment which specifically addressed the provisions of the 18th Amendment could any lawful change be made. And so they, those in the government, worked towards getting another amendment passed and ratified which would specifically address the provisions of the 18th Amendment. And it was only after the ratification of the 21st Amendment, which was proposed on February 20, 1933, and ratified on December 5, 1933, that the era of Prohibition finally came to an end. The Constitution is very clear that only via the amendment process can the Constitution be changed, and this means that only with another amendment can the effects of a previous amendment be changed or altered in any lawful way. So, it took a constitutional amendment to bring about the era of Prohibition, and then another constitutional amendment to put an end to Prohibition. However, no such change has ever occurred with respect to the provisions of the Second Amendment. Congress has completely ignored the requirements under the Constitution and has also disregarded their oath of office by moving forward prematurely to enact legislation which very clearly was, and is, designed and intended to violate the very clear command directive of the Second Amendment of "Shall not be infringed". But absent any change to the Second Amendment via the constitutional amendment process, the Second Amendment still continues to stand today as originally written and thus, "*the Right of the people to keep and bear arms shall not be infringed*" remains as the Supreme Law of the Land and cannot be altered or modified or reinterpreted in any way that diminishes its very clear command directive by any actions of the Congress or by the president or even by high court rulings from the judiciary. Fidelity to the Constitution's dictates is paramount.

26.     It is however curiously interesting to note that at times when no constitutional amendment was required, the government took the unnecessary steps to go through the effort of

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 27 of 44     Document 1

passing and ratifying another amendment to the Constitution. On January 20th, 2025 we witnessed the newly elected president, Donald J. Trump, being sworn into office. However, throughout America's history, every newly elected president, up to and including FDR for his first term in 1933, was sworn in on March 4th. The only exception to this was George Washington as he was the first president and his swearing in was delayed until April 30, 1789. Now as to why the March 4th date, there is nothing in the Constitution regarding or requiring when to seat and swear in a newly elected president. The March 4th date had been selected simply by convention due to the fact that the newly created government under the Constitution took effect on March 4, 1789... but there was no legal or constitutional requirement for adhering to this date. Elections were chosen to be held during that time of the year when the people in rural areas (which in colonial days was almost everyone) would be finished with their harvesting and had the time to travel... thus in November. But as time passed, the long period between elections and the seating of a new president began to be looked at unfavorably and there was a desire to shorten this period and to move up the date of the ceremony to swear in the newly elected president. The decision to move this date up into January was an easy one to get support for, and this simple change could have very easily been taken care of with an act of the Congress as there would not have been any violation of the Constitution in doing so. Yet the government took the unnecessary steps and the additional time and trouble to satisfy the requirements needed to pass and ratify the 20th Amendment, and which is how the date for swearing in a newly elected president got moved from March 4th to January 20th. However, in the case of firearms regulation, the government has seen fit to run roughshod over the Constitution and to pass unconstitutional gun regulation laws in clear violation of the strict prohibition stated in the Constitution's Second Amendment! The government has never taken, nor even attempted to take, the necessary steps required under the Constitution to bring about any change or alteration to the provisions and the command directive of the Second Amendment BEFORE taking any actions towards creating and enacting new laws which would clearly violate the provisions, directives and prohibitions stated in the Second Amendment. The constitutional

process for making any such changes is clearly stated in the Constitution document and every single member of Congress is well aware of this process and of the strict requirements needed to be adhered to in order to make changes to the Constitution. And if someone does not like a certain law or some part of the Constitution, then the only lawful option is to work towards changing the law, but not to ignore and to violate it. Today there are some in the Congress that argue over the issue of machine guns and binary and forced reset triggers who have openly stated that the law defining what a machine gun is should be ignored and that the labeling of what constitutes a machine gun should be based on the weapon's rate of fire even though these devices simply provides for a faster way to fire a semiautomatic weapon but still requires one pull of the trigger for each and every round being fired, thus the weapon remains a semiautomatic and does NOT meet the legal definition for a machine gun. Disagreeing with and not liking a law does not permit one, not even and especially not someone in the US Congress, to skirt the law. If one does not like the law and wishes it to be different, then they must be made to go through the required process to change it. And this especially holds true for any and all parts of the Constitution. Legislators are bound by an oath of office to uphold and defend the Constitution, and therefore, legislators who have supported and voted for laws that infringe on the Second Amendment have committed treason against the Constitution and against the American people and they do not deserve to be allowed to remain in Congress. In fact, many that hold high positions in our government should already have been removed because as reported by Attorney Todd Calender, FOIA requests unearthed an astounding reality, which is that <u>the proper affidavits do not exist or are defective</u>, thus *no valid or notarized oaths of office were taken by those in the prior (Biden) administration.* Todd Calender went on to say, *"It's statistically impossible for all the affidavits to be defective, yet they are. What does that tell you about the government that's running us?"* And I am also aware of the fact that although Donald Trump did place his hand on the bible during his swearing in ceremony as the 45th president, Trump did NOT do so when being sworn in as the 47th president. Additionally, in the case of *Brunson v. Adams*, the claim was made that members

of the U.S. Congress violated their oaths of office by not properly investigating allegations of election fraud in the 2020 presidential election. A significant number of members of Congress expressed concerns regarding the integrity of the election. Specifically, 147 members of Congress voiced their objections to the certification of the electoral results, citing concerns about potential election fraud or irregularities. Brunson contended that Congress's actions were in direct violation of their oath to "support and defend the Constitution," particularly the constitutional provisions related to ensuring a fair and lawful election process. If the Congress was truly in service to the American people, they would have agreed that it was NOT too much to ask for there to be a "pause" in the process in order to allow for an investigation, especially given that there were 147 members of Congress who had expressed concerns regarding the integrity of the election. It is clear to see that today's US Congress fails in many ways to properly and honestly represent the best interests of the American people. We are either a country of laws by which we and all in government faithfully adhere to and which are fairly enforced, or else we the people will be forced to come to the realization that the social contract existing between government and the American people is, and/or has, been broken and that we may soon cease to exist as a nation. And this was summed up very well by the words of President John F. Kennedy when he said; "*Those who make peaceful revolution impossible will make violent revolution inevitable.*"

27.     The subject matter of this case is serious and important enough that further latitude should be given to Plaintiff in order that the rationale behind Plaintiff's argument be including in this complaint together with examples and explanations to better clarify the issues stated herein. Plaintiff herein submits the following to the court as evidence of how the Framers viewed the Rule of Law under the Constitution, and of the reverence they had for the principles enshrined in this important document. A short and brief review of this history helps to show how today's legislators have gotten so far off course and away from the principles the Framers believed in and espoused

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 30 of 44     Document 1

and wrote about in their time, and also, of the danger of not adhering with fidelity to the dictates of the Supreme Law of the Land.

John Dickenson asked this question; "*For who are a Free People? Not those over whom government is reasonable and equitably exercised, but those who live under a government so constitutionally checked and controlled, that proper provision is made against its being otherwise exercised.*"

And as St. George Tucker said; "*It is the due restraint and not the moderation of rulers that constitutes a state of Liberty. As the power to oppress though never exercised, does a state of slavery.*"

There is a reason for why the Constitution grants only 18 enumerated powers to the federal government, which is to allow it to operate in only certain cases and instances. It has the Legislative powers on defined and limited objects, beyond which it cannot extend its jurisdiction. The government's powers are enumerated, and so to act in an arbitrary manner and do as it pleases outside its well defined boundaries is usurpation and theft of power. Arbitrary government was how the Founders defined tyranny and this was one of the grievances that they stated in the Declaration of Independence. The "customary weapon" to destroy freedom is how George Washington described the danger of turning a blind eye to violations of the Constitution, and he was not alone in this belief. The Founders warned us that every over step, every excuse, and every precedent sets us on the dangerous path to tyranny. It is even the smallest violations and usurpations of power that are the most dangerous as these are thrown out there in order to set a precedent for future use in order to further encroach upon the Constitution at a later date and lead us down the slippery slope to tyranny. And in fact, this is what Americans have witnessed during the last century and what has led to the further and more restrictive unconstitutional measures which have been taken by both the federal and state governments.

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 31 of 44     Document 1

Thomas Jefferson had this to say; "*To take a single step beyond the boundaries thus specially drawn around the powers of Congress, is to take possession of a boundless field of power, no longer susceptible of any definition.*"

And St. George Tucker further went on to say; "*If in a limited government the public functionaries exceed the limits which the Constitution prescribes to their powers, every such act is an act of usurpation in the government, and as such, treason against the sovereignty of the people, which is thus endeavored to be subverted, and transferred to the usurpers.*"

"*Necessity is the plea for every infringement of human freedom. It is the argument of tyrants; it is the creed of slaves.*" -- William Pitt the Younger.

Samuel Adams said; "*The people hold the invasion of their Rights & Liberties the most horrid rebellion and a Neglect to defend them against any Power whatsoever the highest treason.*"

George Washington in his farewell address had this to say: "*If, in the opinion of the people, the distribution or modification of the constitutional powers be in any way particular wrong, <u>let it be corrected by an amendment in the way which the Constitution designates</u>. <u>But let there be no change by usurpation; for though this, in one instance, may be the instrument of good, it is the customary weapon by which free governments are destroyed</u>. The precedent must always greatly overbalance in permanent evil any partial or transient benefit, which the use can at any time yield.*"

James Madison on his last day in office was presented with a new piece of legislation which although he politically favored the intended goal, he vetoed the bill. Why? Because, even though one may be politically in favor of the goal and in agreement with what a piece of legislation is

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 32 of 44    Document 1

attempting to accomplish, if it does not align with the Constitution, <u>the oath of office requires a rejection of the legislation</u>. But today's legislators show no such fidelity to their oath of office!

A government established and founded on the principle of being a government of the people, by the people and for the people, can only remain a servant government if it remains faithfully obedient to the Constitution, and if not, it soon becomes tyrannical. Many today see the government as no longer holding up their end of the bargain. The Indian Activist, Russell Means, once spoke these words as a warning to all Americans; "*Every single treaty the Indians made with the U.S. Government was broken by Washington; The U.S. Constitution is the treaty that the American people have with the Federal Government, and it too is now also being broken*". Are the American people today's Indians? Some Americans today are experiencing a sense of fear towards their government. And as Thomas Jefferson is credited as having said; "*When the people fear their government, there is tyranny; when the government fears the people, there is liberty*".

28.     Over the many years, many cases have come before the courts challenging the many attacks to the Second Amendment and to individual gun Rights. And as James Otis Jr. said, "*So long as people will submit to arbitrary measures, so long will they find masters.*" And in these numerous cases the parties have often danced around the many issues we have heard about in trying to redefine the words and meaning of the Second Amendment and even inserting other interpretations that they pulled from who knows where. We have heard them argue over gun features, magazine capacities and over the attributes of certain firearms that some legislators for some reason did not like because "they found them too scary". They have also argued over whether or not there is an established "common use" or a historical use and if there was any "sporting purpose use", and even resorting to trying to make the argument that some guns are just too dangerous. However, in their writing and in the incorporation of the Second Amendment into our United States Constitution, the Founding Fathers were NOT worried about specific types of

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 33 of 44     Document 1

guns or weapons. What they were worried about was specific types of governments... such as those that can more easily turn tyrannical and against the people! And so, to protect from this possible path towards tyranny, the Founders wanted to ensure the right of the people to always have access to arms, lethal arms that could be used to defend themselves. And throughout US history, people have always had the right to privately manufacture their own weapons. But today because 3-D printing technology makes this much easier, the government wants to restrict and even ban the use of 3-D printing as well as CAD and other new technology. In all Second Amendment cases, the courts have ignored the main and most important issue which Plaintiff has vocalized above. The Second Amendment is not about any technology, and it's not even really about guns. It's about a principle, the principle that the people should always have the Right to keep and bear arms in order to have the ability and the means by which to defend themselves against tyranny and to be able to overthrow a tyrannical government if and when that should ever become necessary in order to preserve their freedom. Even President Abraham Lincoln expressed this sentiment when he said; "*We the people are the rightful masters of both Congress and the courts, not to overthrow the Constitution but to overthrow the men who pervert the Constitution.*"

29.     The government and the courts by using precedents based on past court rulings have created new laws based and built upon the decisions of prior case rulings and these have been used to create or codify and confirm new anti-gun laws. But a judge's job is to apply the law, not to make the law. Thomas Jefferson had this say; "*To consider judges as the ultimate arbiters of all constitutional questions is a very dangerous doctrine indeed, and one which would place us under the despotism of an oligarchy.*" The courts have developed and use a doctrine known as stare decisis, which requires courts to adhere to precedent in making their decisions. But when a precedent is flawed, should it really be used to make new rulings and thereby alter the law? In Brown v. Board of Education (1954), the Supreme Court directly overturned the precedent of Plessy v. Ferguson (1893), which had upheld the constitutionality of "separate but equal" public

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 34 of 44     Document 1

accommodations. The court in Brown recognized that "separate but equal" usually did not result in equality and determined that the Plessy precedent violated the Equal Protection Clause of the 14th Amendment. So, it is clear that if a prior ruling (even if long term and widely followed) is found to be unconstitutional, the court has the power as well as the duty, to overturn it. This ensures that judicial decisions are consistent with the Constitution. The court's power of judicial review, established in Marbury v. Madison (1803), gives courts the authority to declare laws or previous rulings unconstitutional if they violate the Constitution. Therefore, if a precedent conflicts with the Constitution, it can, and should be, overturned, as the Constitution is the Supreme Law of the Land. Furthermore, the Constitution's status as the Supreme Law of the Land means that all courts MUST interpret the Constitution as their highest authority. Neither new laws nor any reinterpretation by the courts can alter the Constitution or be used to violate what is written in the Constitution as amended. And at least in some cases now, we are beginning to see courts recognize this. In a recent case of United States District Court for the District of Kansas, ruled that the federal ban on machine guns, under 18 U.S.C. § 922(o), was unconstitutional. This ruling stems from the case of United States v. Tamori Morgan, wherein the court found that prohibiting the possession of machine guns violates the Second Amendment. However, in practice today the ATF regularly goes after anyone involved in the sale or use of any device that enhances a firearm's rate of fire. These include bump stocks, binary triggers and forced reset triggers all which maintain the semiauto functionality of the weapon whereby only one round is fired for each pull of the trigger, and all have been deemed legal (just like the pistol arm brace). But also consider the fact that fully automatic machine guns were legal for civilian ownership up until 1986. They are rare today only because they were made illegal. And because they are rare, they are not in "common use" (another criteria looked at to decide whether or not to judge a firearm as being "protected" by the 2nd Amendment). And so because machine guns are banned, they continue to be rare and not in common use. And this is a clear example of the flawed circular logic that the anti-gun people and the courts have been using to infringe on the people's protected Right to keep and bear arms.

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 35 of 44     Document 1

30. At this time, there are three states, California, Maryland and Connecticut that have been working on taking action to ban an accessory that is commonly called a Glock switch which when installed on a Glock pistol, converts the pistol to shoot in full automatic mode. This device, this switch, is already illegal and also, the act of converting any semiauto firearm to full auto is also currently illegal as machine guns have been banned since 1986. Thus, there was no need for a new law. However, here is where we see the true intent of what these states are trying to do. The new law does not ban the actual device, the switch, it instead bans an internal part, an integral part of the pistol, the trigger bar in the shape and style that Glock uses in its pistol designs and thus by writing the law in this manner, they banned an entire line of semiautomatic pistols. And this was not just any pistol, as the Glock pistol has been America's most popular pistol for over 30 years and it is also the standard issue that sits inside the holsters of the overwhelming majority of law enforcement personnel in America. And now these three states have taken to banning this entire brand's models and line of pistols. Originally what these states said they were setting out to do was to make it harder for people to have machine guns, but this was only the façade they put forth to the public. Their true intent was always to take yet another step towards banning all firearms for civilian use by calling for the elimination of the most popular handgun in America. But none of this is anything that we had not already seen and heard many times before. In fact it was the former US Attorney General, Janet Reno who said; *"Waiting periods are only a step. Registration is only a step. Prohibition of firearms is the goal"*. Today we are even seeing attempts to require a mental health evaluation every 5 years in order keep the gun you already own. And this is why everyone in the patriot gun community has been and continues to be against the government's use of registrations and the creation of data bases with the names and address of citizens who own guns or gun related items like suppressors, because everyone knows that the purpose of a gun registry is for the eventual gun confiscation actions that the government plans to execute at some time in the future. In congressional hearings, the former ATF Director, Steve Dettelbach, was called out for his agency maintaining a gun owner registry database record which

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 36 of 44    Document 1

the ATF was prohibited from having. And as another example of this, right now, democrats in Congress have reintroduced the so-called Help Empower Americans to Respond Act of 2026, better known as the HEAR Act. The bill is being sold to the public as "gun safety" legislation aimed at "silencers," but the text tells a much more serious story. This is not simply a sales ban. This is a suppressor confiscation bill. **The bill does not merely say that ordinary Americans could no longer buy new suppressors. It says they could no longer lawfully possess the ones they already own.** And this even despite the fact that suppressors are not used in crimes. Americans did exactly what the federal government told them to do in order to legally obtain suppressors. They went through the National Firearms Act process, filed paperwork, submitted fingerprints, and photos. They waited for ATF approval. Many even paid the old $200 tax when it still applied. And in doing all of this, they registered their property with the federal government. But now, a Representative from a state that bans suppressor ownership wants to ban commonly owned safety equipment on a nationwide level… and no doubt the employment of force is being planned in order to compel everyone's compliance in "voluntarily" surrendering their property. Now imagine receiving a notice or a knock at your door informing you that the car in your garage is being banned and also to be confiscated because there have been a few too many drunk drivers operating that same make and model that got into accidents and harmed some people, and so as a result, you are among the ones to get punished. This is the logic employed in anti-gun laws.

31.    A recent action taken last year by President Donald J. Trump was the signing of a new executive order entitled, Protecting Second Amendment Rights. This EO starts with this statement; "*The Second Amendment is an indispensable safeguard of security and liberty. It has preserved the right of the American people to protect ourselves, our families, and our freedoms since the founding of our great Nation. Because it is foundational to maintaining all other rights held by Americans, the right to keep and bear arms must not be infringed.*" This EO goes on to call for a plan of action to review existing firearms regulation stating that; *In*

developing such proposed plan of action, the Attorney General shall review, at a minimum:

(i) All Presidential and agencies' actions from January 2021 through January 2025 that purport to promote safety but may have impinged on the Second Amendment rights of law-abiding citizens;

(ii) Rules promulgated by the Department of Justice, including by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, from January 2021 through January 2025 pertaining to firearms and/or Federal firearms licensees;

(iii) Agencies' plans, orders, and actions regarding the so-called "enhanced regulatory enforcement policy" pertaining to firearms and/or Federal firearms licensees;


And so it appears evident by this EO at least, that this second Trump administration also sees evidence of abuse in this area of firearms regulation by the ATF as well as by the Department of Justice. Many patriotic Americans are of course cheering this initiative by the President as they have for a long time been vocal about having to defend and protect the Second Amendment. However, Plaintiff would disagree with those that speak in those words as there should really be no need of having to defend and/or to protect the Second Amendment. <u>What in fact we as Americans all need to be doing is to simply invoke the Second Amendment</u>. Because, since it was first incorporated into our Constitution in 1791, the Second Amendment has never been changed, altered or in any way modified or reinterpreted by any lawful means and as such, under the provisions and directives of the Constitution which make clear that the Constitution can only be changed via the constitutional amendment process, the Second Amendment stands today unaltered and unchanged and remains as originally written and continues to stand as the Supreme Law of the Land and very clearly and unambiguously prohibits the government from interfering or infringing on the people's individual right to keep and bear arms. We the people therefore only need to INVOKE the Second Amendment in order to assert our right to keep and bear arms, and I herein do so today! What this amendment meant in 1791 it means today. Regnat Populus!

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 38 of 44    Document 1

32.     Nullification is the rightful remedy for all unconstitutional acts and all usurpations of power. That's how Thomas Jefferson put it, but he was far from alone in believing this. To understand this notion, it must first be recognized that power comes from the people and government is merely their agent. Here's how George Mason put it in 1776, when he also added, "*all power is vested in and consequently derived from the people*". This principle was expressed by many during Colonial times, but James Wilson put it this way, "*The truth is that in our governments the Supreme absolute and uncontrollable power remains in the people.*" And thus when we analyze this we see that the people are the source of all power, and so the government isn't Sovereign, and it doesn't hold final Authority, it isn't a master, it's a servant, it's an agent. And to reiterate this from St George Tucker, who said, "*It being one of the great fundamental principles of the American government that the people are sovereign and those who administer the government their agents and servants, not their kings and Masters.*" And when you have an agent carry out some duties for you in whatever kind of situation, it's probably a good idea to give the agent some rules to guide him, and thus, this is the whole point of a written Constitution. And this brings us to a core principle, which is that the Constitution is supreme, and so what we then have is constitutional Supremacy. It is not the acts of government nor the opinions on the Constitution by people in government, because none of that replaces constitutional Supremacy. Here's how Thomas Jefferson put it in the Kentucky Resolutions of 1798 when he said, "*The government created by this compact was not made the exclusive or final judge of the extent of the powers delegated to itself since that would have made its discretion, and not the Constitution, the measure of its powers.*" So again, the Constitution is supreme and not the discretion of the people in government. Even Chief Justice John Marshall hammered this home in Marbury v. Madison (1803) when he wrote that, "*In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned and not the laws of the United States, as generally those only which shall be made in pursuance of the Constitution have that Rank.*" And thus the Logical result of that is seen when he also further added, "*Thus the*

Page 39 of 44

*particular phraseology of the Constitution of the United States confirms and strengthens the principle supposed to be essential to all written constitutions that a law repugnant to the Constitution is void and that courts as well as other departments are bound by that instrument.*" And so that would mean that whether it's a court or an executive or a legislator, it doesn't matter, they're all below the Constitution and thus anything that they do that goes beyond the authority granted them under the Constitution is void. Thus in America, no branch of government is supreme, the government as a whole is not supreme, it is the Constitution that is Supreme, and that is the set of rules that comes from the final Authority, the supreme power of the people of the several States. And this all goes towards confirming this essential core principle, that anything that goes beyond the limits of the Constitution is void and a nullity. Even Alexander Hamilton reiterated this same principle in Federalist number 78 in May of 1788 when he said, "*There is no position which depends on clearer principles than that every Act of a delegated authority contrary to the tenor of the commission under which it is exercised is void. No legislative act therefore contrary to the Constitution can be valid. To deny this would be to affirm that the deputy is greater than his principal, that the servant is above his master, and that the representatives of the people are superior to the people themselves, and that men acting by virtue of powers may do, not only what their powers do not authorize, but what they forbid.*" Thomas Jefferson reiterated again this same principle in his Kentucky Resolutions of 1798 in which he said in the first paragraph, "*When so ever the general government assumes undelegated Powers, its acts are unauthoritative, void and of No Force.*" Alexander Hamilton put it this way in Federalist number 33 in discussing the supremacy clause. He said "*But it will not follow from this doctrine that acts of the large society which are not pursuant to its Constitutional Powers, but which are invasions of the residuary authorities of the smaller societies will become the supreme law of the land these will be merely acts of usurpation and will deserve to be treated as such.*" In our constitutional system, anything beyond the limits of the Constitution is a usurpation of power and represents a theft of power and that is unjust and therefore it is not law and it ought not to be obeyed. "That which is not just is not law, and that which

Case 2:26-cv-01088-LA    Filed 06/17/26    Page 40 of 44    Document 1

is not law ought not to be obeyed." For Acts of Congress to be binding they must be made pursuant to the Constitution. Thomas Jefferson summed it up like this in his draft for the Kentucky Resolutions of 1798 when he said, "*Where powers are assumed which have not been delegated, a nullification of the ACT is the rightful remedy.*" Plaintiff herein seeks the undoing of this wrong of the unconstitutional infringement of the people's Right to keep and bear arms to be corrected by the proper and simple act of the nullification of those laws that are repugnant to the Constitution and which fail to adhere to and to be in harmony with the dictates of the Constitution as amended.

33. **Immunity.** Another example of the government's usurpation of power and authority lies in the false notion that the government has the authority to grant itself immunity. Nowhere in the Constitution does this power or authority exist, and in fact, nowhere in the Constitution document is government immunity even mentioned. The mention of immunity can only be found in one single place, and with that being in the 11th Amendment to the Constitution. However, even a cursory review confirms that this strictly pertains to state immunity. The 11th Amendment to the U.S. Constitution, ratified on February 7, 1795, establishes the principle of **state sovereign immunity**. It prohibits federal courts from hearing lawsuits against a state brought by citizens of another state or by citizens/subjects of a foreign nation. And so, none of the immunity mentioned in the 11th Amendment applies to the federal government. And considering that the federal government was created by the states and the people, how can that which is created ever be allowed to become greater than that which created it? To repeat again what Alexander Hamilton said; "*To deny this would be to affirm that the deputy is greater than his principal, that the servant is above his master, and that the representatives of the people are superior to the people themselves, and that men acting by virtue of powers may do, not only what their powers do not authorize, but what they forbid.*" Furthermore, the notion of government immunity is in fact a very dangerous one as our country's history has shown us that our own government has often times engaged in subjecting the American people to harm and even death via actions which the government itself with forethought

Case 2:26-cv-01088-LA     Filed 06/17/26     Page 41 of 44     Document 1

has intentionally taken, such as in cases where the government conducted experiments on certain individuals or portions of our population without the people's knowledge or their consent. A liability shield should never be allowed to stand in such cases. Furthermore, a wrongful death is a wrongful death regardless of, and even if, the perpetrator is the government. And thus, any entity, including the government itself, as well as the officials that made and carried out the decisions, must be made to be held legally liable. Did we not learn anything from the Nuremberg Trials as to the flawed use of stating as one's defense, "I was just following orders"?

34. The Declaration of Independence states the principles on which our government, and our identity as Americans, are based. And in the Preamble to the Declaration of Independence we find these words; "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.* However, Americans in trying to engage in their pursuit of Life, Liberty and Happiness must also be in possession of the mindset, of having the feeling and of the sense of being secure and safe. And it is well proven that in any society or community in which the citizenry maintains their right to keep and bear arms, that the people are in fact more secure and also feel and actually enjoy more freedom from the potential harm that they might otherwise be made to face if weapons were denied to them such that only the government and the criminally minded are the only ones left in possession of arms. Australians in 1996 lost their right to arm themselves with the weapons that had previously before been in common use until then, and the result has been sheer hell for law abiding Australians who have been left defenseless against the criminals that now prey upon them daily. Americans do NOT want for the US to become another Australia. And also, look at the situation in European countries today. If this government wishes to maintain and hold onto that which binds a people together and which also provides and forms the basis for a people to be recognized as a country and to not allow this 250 year old experiment that we call America to fail and to collapse into the dust bin of history, then this lawsuit action must be

looked at and acted upon favorably in order to begin to correct the mistakes that have been made in years past and which have contributed directly to bringing America down to the levels of self-destruction and collapse. This government of the United States, through its judiciary, if it has any fidelity to the Constitution, cannot continue to deny to all law abiding American people their full and all-inclusive and unrestricted right to keep and bear arms and which must include full unfettered access to any and all weapons needed to wage war in defense of their freedom and liberty as guaranteed to all Americans by the Constitution's Second Amendment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and grant the following relief:

A. Declare that the challenged federal statutes, regulations, policies, practices, and enforcement actions identified in this Complaint violate the Constitution of the United States and are unconstitutional on their face;

B. Declare that the challenged enactments exceed the lawful authority delegated to Congress and are therefore invalid and unenforceable to the extent alleged herein;

C. Issue preliminary and permanent injunctive relief prohibiting Defendants, their officers, agents, employees, successors, and all persons acting in concert with them from enforcing the challenged statutes, regulations, policies, and practices against Plaintiff and similarly situated persons;

D. Declare the applicability of US high court rulings to the States such as to prevent the actions by States in ignoring and circumventing federal rulings as happened after the US Supreme Court ruling in NY Rifle & Pistol Assoc. v. Bruen after which a number of US states still proceeded to make laws contrary to and in defiance of the ruling in the Bruen case.

**E.** Declare that all law abiding Americans of legal age have the right to unfettered access to firearms and weapons currently prohibited to them under the challenged statutory scheme.

**F.** Declare that Defendant BATF has violated the Freedom of Information Act and the Privacy Act of 1974 by failing to comply with their statutory duties concerning Plaintiff's request for information under FOIA and the Privacy Act of 1974;

**G.** Order Defendants to cease and to correct any unlawful FOIA practices identified by the Court and to institute a stronger policy intended to force full compliance with the requirements of the Freedom of Information Act in order to ensure that citizens have their right to transparency in government which all Americans are entitled to under the law.;

**H.** Award Plaintiff costs of litigation, including reasonable attorney's fees and expenses where authorized by law;

**I.** Award such compensatory damages as may be authorized by law and supported by the evidence;

**J.** Award punitive damages to the extent permitted by law and supported by the facts and evidence presented;

**K.** Retain jurisdiction to enforce all declaratory and injunctive relief granted by the Court;

**L.** Grant such other and further relief, whether legal, equitable, or declaratory, as the Court deems just, proper, and appropriate under the circumstances.

Respectfully submitted and signed on this 15th day of June, 2026.

Arturo Cornejo, Plaintiff, *pro se*

Arturo Cornejo
P.O. Box 193
Menomonee Falls, WI 53052